■ In the Matter of HENRIETTA LEVY, Respondent. EDWARD LEVY, an Alleged Incompetent, Appellant.— Order entered on May 20, 1968, unanimously modified, on the law and the facts and in the exercise of discretion, by deleting the words "by the respondent and/or the petitioner" from the last ordering paragraph and by substituting therefor the words "by the petitioner", and as so modified the order, to the extent appealed from, is affirmed, without costs or disbursements. Petitioner-respondent having procured the appointment of the guardian ad litem without notice to respondent-appellant (see *Abrons* v. *Abrons*, 24 A D 2d 970), and on the basis of a petition found, despite the guardian's interim report, to merit dismissal, respondent-appellant may not properly be charged with the guardian's allowance. Concur — Botein, P. J., Tilzer, McGivern and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT KASANOF on Behalf of JOHN D. SMITH, Appellant, v. ALBERT N. NENNA, as Warden of Manhattan House of Detention for Men, Respondent.— Appeal dismissed without costs. Inasmuch as the defendant is now held under an indictment for murder, the appeal is moot, and the dismissal is without prejudice to consideration *de novo* of application for bail to answer the indictment. Concur — Eager, J. P., Steuer, Capozzoli, Tilzer and Rabin, JJ.